JS 44 (Rev. 12/07) (CAND Rev 1/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
DON LAU

## DEFENDANTS
MERCEDES-BENZ USA, LLC

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Germany
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

THE BICKEL LAW FIRM, INC.
750 B Street, Suite 1950
San Diego, California 92101
Tel. (619) 374-4100

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [X] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [X] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health |  | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal |  |  | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | [X] 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
|  |  |  | ☐ 740 Railway Labor Act |  | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation |  | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act |  | Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty |  | or Defendant) | Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | ☐ 871 IRS—Third Party | Under Equal Access |
|  | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | 26 USC 7609 | to Justice |
|  | ☐ 446 Amer. w/Disabilities – | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – |  | ☐ 950 Constitutionality of |
|  | Other |  | Alien Detainee |  | State Statutes |
|  | ☐ 440 Other Civil Rights |  | ☐ 465 Other Immigration |  |  |
|  |  |  | Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1332

Brief description of cause:
Violation of California's Song Beverly Consumer Warranty Act (California Civil Code §1790 et seq.)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 366,661.65
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE   [ ] EUREKA

DATE  4/21/2011

SIGNATURE OF ATTORNEY OF RECORD

FILE BY FAX

ORIGINAL

FILED
2011 APR 21 P 2:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
2 | Brian K. Cline, State Bar No. 246747
briancline@bickellawfirm.com
3 | 750 B Street, Suite 1950
San Diego, California 92101
4 | Telephone: (619) 374-4100
Facsimile: (619) 231-9040   E-filing
5
Attorneys for Plaintiff DON LAU
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND BRANCH

CV 11 1940 MEJ

| | |
|---|---|
| DON LAU, | Case No. |
| Plaintiff, | COMPLAINT FOR VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT |
| vs. | |
| MERCEDES-BENZ USA, LLC, and DOE 1 through DOE 10 inclusive, Defendants, | PLAINTIFF DEMANDS TRIAL BY JURY |

FILE BY FAX

Plaintiff alleges:

## I.

### JURISDICTION

1. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1332. Plaintiff DON LAU (hereinafter "Plaintiff") is, and at all times mentioned herein was, a competent adult. Plaintiff at all times mentioned herein was a citizen of California.

2. Defendant MERCEDES-BENZ USA, LLC is a limited liability company organized under the laws of Delaware, having its principal place of business in New Jersey, and having as its sole member Daimler AG, a German corporation with its principal place of business in Stuttgart, Germany. For diversity purposes, Defendant

1

COMPLAINT FOR VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT

MERCEDES-BENZ USA, LLC, is a citizen of the country of Germany.

3. The amount in controversy, without interest and costs, exceeds $75,000.00, as specified by 28 U.S.C. §1332.

## II.

## VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT

4. Defendants DOE 1 through DOE 10 inclusive are sued herein. DOE 1 through DOE 10 are each independently, or as a representative of another defendant in this suit, responsible in some manner for the causes of action set forth herein and the damages sustained by Plaintiff.

5. Plaintiff purchased the subject 2007 Mercedes SL55 AMG, VIN: WDBSK72F37F118613 ("the subject vehicle") on or about November 15, 2007 from Mercedes Benz of Walnut Creek in Walnut Creek, California. The subject vehicle is a new motor vehicle that was bought primarily for personal, family, or household purposes or it is a new motor vehicle with a gross vehicle weight under 10,000 pounds that was bought or used primarily for business purposes by an entity to which not more than five motor vehicles are registered in this state. The subject vehicle is a "new motor vehicle" under the Song-Beverly Consumer Warranty Act, Civil Code §§1790 et seq ("the Act").

6. Mercedes Benz of Walnut Creek is engaged in the business of distributing or selling consumer goods at retail. Plaintiff is a "buyer" under the Act.

7. MERCEDES-BENZ USA, LLC manufactures, assembles, or produces consumer goods. MERCEDES-BENZ USA, LLC is a "manufacturer" under the Act.

8. MERCEDES-BENZ USA, LLC issued an "express warranty" to Plaintiff in which, *inter alia*, MERCEDES-BENZ USA, LLC undertook to preserve or maintain the utility or performance of the subject vehicle. Said warranty was an integral factor in Plaintiff's decision to purchase the subject vehicle.

9. The subject vehicle has suffered from nonconformity(s) to warranty, including, but not limited to, defect(s) which have manifested in recurrent triggering

1  of the passenger seat belt warning light and recurrent malfunctions in the operation
2  of the driver-side window. Said nonconformity(s) have substantially impaired the
3  vehicle's use, value, or safety to Plaintiff.

4      10. Plaintiff has delivered the vehicle to MERCEDES-BENZ USA, LLC or
5  its authorized repair facility(s) for repair of said nonconformity(s). MERCEDES-
6  BENZ USA, LLC or its authorized repair facility(s) have failed to service or repair
7  the subject vehicle to warranty after a reasonable number of attempts.

8      11. The subject vehicle was not fit for the ordinary purposes for which such
9  goods are used and was not of the same quality as those generally acceptable in the
10 trade. MERCEDES-BENZ USA, LLC breached the implied warranty of
11 merchantability and implied warranty of fitness. Plaintiff is entitled to revoke
12 acceptance of the subject vehicle under the Act.

13     12. MERCEDES-BENZ USA, LLC has not replaced the vehicle or
14 otherwise made restitution to Plaintiff pursuant to its obligations under the Act.

15     13. Plaintiff is informed and believes and thereupon alleges that
16 MERCEDES-BENZ USA, LLC's refusal to replace the vehicle or make restitution
17 to Plaintiff was wilful and not the result of a good faith and reasonable belief that the
18 facts imposing said statutory obligation were absent.

19     14. Pursuant to the Act, Plaintiff is entitled to replacement of the vehicle
20 with a new motor vehicle substantially identical to the vehicle replaced and any sales
21 or use tax, license fees, registration fees, and other official fees which the buyer is
22 obligated to pay in connection with replacement, or restitution in an amount equal to
23 the actual price paid or payable by Plaintiff and collateral charges such as sales tax,
24 license fees, registration fees, and other official fees less an amount directly
25 attributable to use by Plaintiff prior to the time Plaintiff first delivered the vehicle for
26 repair.

27     15. Plaintiff is entitled to recover incidental, consequential, and general
28 damages, including, but not limited to, reasonable repair, towing, and rental car costs

actually incurred by Plaintiff.

16. Plaintiff is entitled to recover a civil penalty up to two times the amount of actual damages for MERCEDES-BENZ USA, LLC's wilful refusal to comply with its statutory obligations under the Act.

17. Plaintiff is entitled to recover a sum equal to the aggregate amount of costs and expenses including attorney's fees based on actual time expended and reasonably incurred in connection with the commencement and prosecution of this action.

WHEREFORE, Plaintiff prays judgment against MERCEDES-BENZ USA, LLC as follows:

1. For actual damages, including collateral charges, and incidental, consequential, and general damages. To date, such damages include, but are not limited to Plaintiff's cash payment ($122,220.55), in amounts according to proof, vehicle registration expenses, rental car expenses, expenses inadvertently omitted herein, and other future expenses reasonably incurred by Plaintiff in connection with this action; and

2. For a civil penalty up to two times the amount of actual damages ($244,441.10); and

3. For rescission of the contract and restitution of consideration; and

4. For interest on said sum from date of rescission to date of judgment herein; and

5. For attorney's fees based on actual time expended and reasonably incurred in connection with the commencement and prosecution of this action; and

6. For costs of suit incurred in connection with the commencement and prosecution of this action; and

///

///

7. For such other and further relief as the court deems proper.

WHEREFORE, Plaintiff demands trial by jury.

DATED: April 21, 2011

THE BICKEL LAW FIRM, INC.
Attorneys for Plaintiff

By: _____
BRIAN K. CLINE

5

COMPLAINT FOR VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT