JON D. UNIVERSAL, SBN 141255
JOSEPH R. WHEELER, SBN 216721
**UNIVERSAL, SHANNON & WHEELER LLP**
2240 Douglas Boulevard, Suite 290
Roseville, California 95661
Telephone: (916) 780-4050
Facsimile: (916) 780-9070

Attorneys for Defendant **MERCEDES-BENZ USA, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| DON LAU,<br><br>   Plaintiff,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, and DOE 1 through 10, inclusive,<br><br>   Defendants. | Case No.: CV 11-1940 MEJ<br><br>Action Filed: April 21, 2011<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

  Plaintiff Don Lau and defendant Mercedes-Benz USA, LLC, by and through their counsel, hereby stipulate that due to the hearing date on defendant's motion to compel arbitration being moved to October 27, 2011, the court's deadline to complete mediation be extended to November 30, 2011.

DATED: 9-29-11            UNIVERSAL, SHANNON & WHEELER, LLP

                       _____
                       JON D. UNIVERSAL, ESQ.
                       Attorneys for Defendant MERCEDES-BENZ
                       USA, LLC

1

1  DATED: SEPT. 28, 2011          THE BICKEL LAW FIRM

2

3                                 /s/

4                                 _____
                                  LARRY W. CHAE, ESQ.
5                                 Attorney for Plaintiffs DON LAU

6

7

8  PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10 DATED: __October 3__, 2011

11

12                                _____
13                                MARIA-ELENA JAMES
                                  Chief United States Magistrate

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

**LAU (DON) V. MERCEDES-BENZ USA, LLC.**
**UNITED STATES DISTRICT COURT – NORTHERN DISTRICT-OAKLAND BRANCH**
**COURT CASE NO.:  CV11-1940 MEJ**

I am employed in the County of Placer, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2240 Douglas Blvd., Suite 290, Roseville, California 95661.

On **October 3, 2011**, I served the following document described as **STIPULATION AND ORDER TO EXTEND DEALINE TO COMPLETE MEDIATION** on all interested parties in this action by placing ☒ a true copy  ☐ the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Brian J. Bickel, Esq.<br>Brian K. Cline, Esq.<br>Larry W. Chae, Esq.<br>THE BICKEL LAW FIRM, INC.<br>750 B Street, Suite 1950<br>San Diego, CA 92101 | *Counsel for Plaintiff*:<br>Tel:  (619) 374-4100<br>Fax:  (619)231-9040 |

☐ (BY FACSIMILE)  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

☐ (BY MAIL, 1013a, 2015.5 C.C.P.)

  ☐ I deposited such envelope in the mail at Roseville, California.  The envelope was mailed with postage thereon fully prepaid.

  ☐ I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Roseville, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (BY ELECTRONIC MAIL (E-MAIL)

  ☒ I electronically filed the above document with the Clerk of the Court by using the CM/ECF system.  A copy of the above document(s) was automatically forwarded to the recipient(s) listed above.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1  Executed on October 3, 2011, at Roseville, California.

                                    _____
                                    HOLLY SULLIVAN

PROOF OF SERVICE