1  JON D. UNIVERSAL, SBN 141255
2  JOSEPH R. WHEELER, SBN 216721
   **UNIVERSAL, SHANNON & WHEELER LLP**
3  2240 Douglas Boulevard, Suite 290
   Roseville, California 95661
4  Telephone: (916) 780-4050
   Facsimile: (916) 780-9070
5
   Attorneys for Defendant **MERCEDES-BENZ USA, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| DON LAU,<br><br>          Plaintiff,<br><br>     vs.<br><br>MERCEDES-BENZ USA, LLC, and DOE 1 through 10, inclusive,<br><br>          Defendants. | Case No.: CV 11-1940 MEJ<br><br>Action Filed: April 21, 2011<br><br>**ORDER GRANTING DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION TO CONTINUE THE TRIAL DATE PURSUANT TO STIPULATION OF THE PARTIES**<br><br>Date:   June 7, 2012<br>Time:  10:00 a.m.<br>Courtroom: B – 15th Floor, San Francisco<br><br>Trial Date: August 13, 2012 |

   A motion to continue the trial having been made by Defendant Mercedes-Benz USA, LLC and pursuant to a stipulation of the parties, it is hereby ordered that the trial date of August 13, 2012 be continued to September 17, 2012.

   IT IS HEREBY FURTHER ORDERED THAT:

   The trial, therefore, shall commence on September 17, 2012.

///

///

1

ORDER GRANTING DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION TO CONTINUE THE TRIAL DATE PURSUANT TO STIPULATION OF THE PARTIES

Additionally, the pre-trial conference presently scheduled for July 12, 2012 is rescheduled to August __20th__, 2012 and the final pre-trial conference presently scheduled for August 9, 2012 is rescheduled to September __13th__, 2012.

Dated:___May 4, 2012_____

_____
Maria-Elena James
UNITED STATES JUDGE MAGISTRATE

2

ORDER GRANTING DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION TO CONTINUE THE TRIAL DATE
PURSUANT TO STIPULATION OF THE PARTIES