1  THE BICKEL LAW FIRM, INC.
   Brian J. Bickel, State Bar No. 205646
2  Brian K. Cline, State Bar No. 246747
   Larry W. Chae, State Bar No. 268979
3  larrychae@bickellawfirm.com
   701 B Street, Suite 1200
4  San Diego, California 92101
   Telephone:        (619) 374-4100
5  Facsimile:        (619) 231-9040

6  Attorneys for Plaintiff DON LAU

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 DON LAU,                          )  Case No. CV11-1940 MEJ
                                     )
12              Plaintiff,           )
                                     )  [PROPOSED] ORDER GRANTING
13      vs.                          )  THE PARTIES' STIPULATION FOR
                                     )  A TRIAL CONTINUANCE
14 MERCEDES-BENZ USA, LLC, and       )
   DOE 1 through DOE 10 inclusive,   )  Complaint Filed:  April 21, 2011
15                                   )  Pretrial Conf.:   August 23, 2012
                Defendants,          )  Trial Date:       September 17, 2012
16                                   )
                                     )
17 _____  )

18      Having considered the stipulation of the parties, the declaration of Larry W.

19 Chae, and good cause appearing therefore, it is hereby ordered as follows:

20      1.    The TRIAL DATE currently scheduled for September 17, 2012 is

21            vacated and will be set for _____01/14/2013_____ at __9:30 a.m.__, in

22            department __B____.

23      2.    The PRETRIAL CONFERENCE, concerning issues raised in the parties

24            pretrial conference statements and motions *in limine*, will be set for

25            ____12/13/2012____ at _10:00 a.m._, in department____B____.

26      3.    The  FINAL  PRETRIAL  CONFERENCE  will  be  set  for

27            ____01/10/2013____ at _10:00 a.m._, in department____B____.

28

                                     1
                              [PROPOSED] ORDER

                                                        CV11-1940 MEJ

4. The parties' joint final pretrial conference statement and the parties' respective motions *in limine* shall be filed no later than 11/29/2012 .

5. Any oppositions to the motions *in limine* shall be filed no later than 12/06/2012 .

6. The trial briefs shall be filed no later than 12/14/2012 .

7. The joint proposed voir dire shall be filed no later than 12/14/2012 .

8. The joint proposed jury instructions shall be filed no later than 12/14/2012 .

9. The proposed verdict forms shall be filed no later than 12/14/2012 .

The parties are referred to the Court's Case Management Order of July 22, 2011 for further information regarding the format and requirements for the pre-trial filings.

IT IS SO ORDERED.

DATED: August ___20___, 2012

_____
Hon. Maria-Elena James
Chief United States Magistrate Judge

[PROPOSED] ORDER

CV11-1940 MEJ

**PROOF OF SERVICE**
F.R.Civ.P 5

Case No. CV 11-1940 MEJ
*LAU v. MERCEDES-BENZ USA, LLC, and DOE 1 through DOE 10, inclusive*

     I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is: 701 B Street, Suite 1200, San Diego, California, 92101. I served the document(s), described as:

- STIPULATION OF THE PARTIES SEEKING A CONTINUANCE OFTRIAL;
- DECLARATION OF LARRY W. CHAE IN SUPPORT OF THE PARTIES' STIPULATION TO CONTINUE TRIAL DATE;
- [PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION FOR A TRIAL CONTINUANCE on the parties as follows:

Jon D. Universal
Joseph R. Wheeler
UNIVERSAL, SHANNON & WHEELER, LLP
2240 Douglas Boulevard, Suite 290
Roseville, California 95661
Fax: (916) 780-9070

[ ]    [BY MAIL] I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United State Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Diego, California.

[X]    [BY E-FILE SERVICE] I caused the above-referenced document(s) to be electronically filed via CM/ECF. The above-referenced party has been served via electronic mail.

[ ]    [BY PERSONAL SERVICE] I delivered such envelope by hand to the offices of the addressee.

[ ]    [BY FEDERAL EXPRESS] I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above address(es).

[ ]    [BY FACSIMILE TRANSMISSION] I transmitted to the above-named person, at the fax numbers listed above, the above-named document, pursuant to Rule 2008. The facsimile machine that I used complies with Rule 2008(e) and no error was reported on the machine.

[ ]    [STATE] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    [FEDERAL] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: August 16 , 2012

_____
DOMINIC KINGDAMO