1 | THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
2 | Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
3 | larrychae@bickellawfirm.com
701 B Street, Suite 1200
4 | San Diego, California 92101
Telephone:      (619) 374-4100
5 | Facsimile:       (619) 231-9040

6 | Attorneys for Plaintiff DON LAU

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | DON LAU,                                            Case No. CV11-1940 MEJ

12 |                  Plaintiff,

13 |     vs.                                             [PROPOSED] ORDER GRANTING
                                                        THE PARTIES' STIPULATION
                                                        SEEKING A RELIEF FROM THE
14 | MERCEDES-BENZ USA, LLC, and                        COURT'S AUGUST 20, 2012 ORDER
     DOE 1 through DOE 10 inclusive,
15 |                                                    Complaint Filed:  April 21, 2011
                   Defendants,                          Pretrial Conf.:   December 13, 2012
16 |                                                    Trial Date:       January 14, 2013

17

18

19

20 |     Having considered the stipulation of the parties, the declaration of Larry W.
21 | Chae, and good cause appearing therefore, it is hereby ordered as follows:
22 |     1.    The parties' joint final pretrial conference statement and the parties'
23 |           respective motions *in limine* shall be filed no later than **December 3,**
24 |           **2012.**
25 | ///
26 | ///
27 | ///
28

1

[PROPOSED] ORDER GRANTING RELIEF FROM THE COURT'S AUGUST 20, 2012 ORDER
CV11-1940 MEJ

The parties are referred to the Court's Case Management Order of July 22, 2011 and the Court's Order Granting a Continuance of August 20, 2012 for further information regarding the format and requirements for the pre-trial filings.

The parties agree that the original due date of the opposition shall remain as December 6, 2012.

IT IS SO ORDERED.

DATED: November __29__, 2012

_____
Hon. Maria-Elena James
Chief United States Magistrate Judge