THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
701 B Street, Suite 1200
San Diego, California 92101
Telephone:       (619) 374-4100
Facsimile:        (619) 231-9040

Attorneys for Plaintiff DON LAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| DON LAU,<br><br>                    Plaintiff,<br><br>vs.<br><br>MERCEDES BENZ USA, LLC, and DOE 1 through DOE 10 inclusive,<br><br>                    Defendants, | Case No. C 11-1940 MEJ<br><br>Assigned:   Hon. Maria-Elena James<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**<br><br>Conference:   January 24, 2013<br>Time:              10:00 a.m.<br>Courtroom:    B |

TO THE HONORABLE COURT, pursuant to Civ. Local Rule 16-10(a), Plaintiff DON LAU respectfully requests an order permitting counsel for Plaintiff to appear telephonically at the Status Conference, set for January 24, 2013, at 10:00 a.m. Plaintiff's counsel's offices are located in San Diego, California and requiring the personal attendance of Plaintiff's counsel will cause Plaintiff to incur the additional fees and costs associated with travel to San Francisco, California for attendance at the Status Conference.

///

///

---

1

REQUEST TO APPEAR TELEPHONICALLY

C 11-1940 MEJ

1 | Respectfully submitted.

3 | DATED: January 17, 2013          THE BICKEL LAW FIRM, INC.
                                     Attorneys for Plaintiff

                                     By: _____
                                         LARRY W. CHAE

1  THE BICKEL LAW FIRM, INC.
   Brian J. Bickel, State Bar No. 205646
2  Brian K. Cline, State Bar No. 246747
   Larry W. Chae, State Bar No. 268979
3  larrychae@bickellawfirm.com
   701 B Street, Suite 1200
4  San Diego, California 92101
   Telephone:      (619) 374-4100
5  Facsimile:      (619) 231-9040

6  Attorneys for Plaintiff DON LAU

7

8                  UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10

11 DON LAU,                          ) Case No. C 11-1940 MEJ
                                     )
12              Plaintiff,           ) Assigned:   Hon. Maria-Elena James
                                     )
13      vs.                          ) [PROPOSED] ORDER GRANTING
                                     ) PLAINTIFF'S REQUEST TO
14 MERCEDES-BENZ USA, LLC, and       ) APPEAR TELEPHONICALLY
   DOE 1 through DOE 10 inclusive,   )
15                                   ) Conference:  January 24, 2013
                Defendants,          ) Time:        10:00 a.m.
16                                   ) Courtroom:   B
                                     )
17                                   )
                                     )
18 _____ )

19      Upon Plaintiff's request for their counsel to appear telephonically at the Status
20 Conference, set for January 24, 2013, at 10:00 a.m., and for good cause appearing,
21      IT IS HEREBY ORDERED that Plaintiff's request is GRANTED and
22 Plaintiff's counsel may appear telephonically for the January 24, 2013 Status
23 Conference.

24

25 DATED: January  18th  , 2013    By: _____
                                        Honorable Maria-Elena James
26

27

28

                                    1
          [PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY
                                                                    CV11-1940 MEJ

**PROOF OF SERVICE**
F.R.Civ.P 5

Case No. CV 11-1940 MEJ
*LAU v. MERCEDES-BENZ USA, LLC, and DOE 1 through DOE 10, inclusive*

      I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is: 701 B Street, Suite 1200, San Diego, California, 92101. I served the document(s), described as:

- PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE;
- [PROPOSED] ORDER

on the parties as follows:

Jon D. Universal
UNIVERSAL, SHANNON & WHEELER, LLP
2240 Douglas Boulevard, Suite 290
Roseville, California 95661
Fax: (916) 780-9070

[ ]    [BY MAIL] I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United State Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Diego, California.

[X]    [BY E-FILE SERVICE] I caused the above-referenced document(s) to be electronically filed via CM/ECF. The above-referenced party has been served via electronic mail.

[ ]    [BY PERSONAL SERVICE] I delivered such envelope by hand to the offices of the addressee.

[ ]    [BY FEDERAL EXPRESS] I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above address(es).

[ ]    [BY FACSIMILE TRANSMISSION] I transmitted to the above-named person, at the fax numbers listed above, the above-named document, pursuant to Rule 2008. The facsimile machine that I used complies with Rule 2008(e) and no error was reported on the machine.

[ ]    [STATE] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    [FEDERAL] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: January 17, 2013

LARRY W. CHAE