JON D. UNIVERSAL, SBN 141255
JOSEPH R. WHEELER, SBN 216721
**UNIVERSAL, SHANNON & WHEELER LLP**
2240 Douglas Boulevard, Suite 290
Roseville, California 95661
Telephone: (916) 780-4050
Facsimile: (916) 780-9070

Attorneys for Defendant **MERCEDES-BENZ USA, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO BRANCH

| | |
|---|---|
| DON LAU, | Case No.: CV 11-1940 MEJ |
| Plaintiff, | Action Filed: April 21, 2011 |
| vs. | **STIPULATION OF THE PARTIES SEEKING A CONTINUANCE OF TRIAL** |
| MERCEDES-BENZ USA, LLC, and DOE 1 through 10, inclusive, | **Complaint Filed: April 21, 2011**<br>**Trial Date:** July 22, 2013 |
| Defendants. | |

**TO THE HONORABLE COURT:**

　　IT IS HEREBY STIPULATED between Plaintiff DON LAU ("Plaintiff") through his respective counsel of record, Larry W. Chae of the Bickel Law Firm, Inc. and by Defendant MERCEDES-BENZ USA, LLC ("Defendant") by its respective counsel of record Jon D. Universal of Universal, Shannon & Wheeler, LLP as follows:

　　1.　This is a "Lemon Law" case brought pursuant to the Song-Beverly Consumer Warranty Act, with a five-day trial estimate.

　　2.　Trial is currently set for July 22, 2013.

　　3.　The final Pre-Trial Conference in this matter is currently set for July 18, 2013.

　　4.　The July 22, 2013 trial date was unilaterally set by the court on May 2, 2013.

///

1

STIPULATION OF THE PARTIES SEEKING A CONTINUANCE OF TRIAL

5. Unfortunately, July 22, 2013 is not a good date for counsel for Plaintiff and counsel for Defendant.

6. Counsel for Plaintiff already has another trial scheduled for July 22, 2013.

7. Defendant's counsel will be unavailable on July 22, 2013 due to personal reasons, including a pre-planned/scheduled vacation out of the country.

8. In an effort to resolve these matters and meaningfully participate in the final Pre-Trial Conference and prepare the matter for trial, the parties have met and conferred and therefore request a continuance of the trial date and the final Pre-Trial Conference date as follows:

    A. Counsels' availability for trial is November 4, 2013;

    B. Pre-Trial Conference date approximately two weeks prior to the date set for trial, based on the Court's available calendar.

9. Both parties are mindful of the Court's limited resources and busy calendar. However, both parties urge that a continuance is necessary given the relatively short notice of this trial date setting as both counsel will simply not be available.

DATED: 5/9/2013

THE BICKEL LAW FIRM, INC.

By _____
LARRY W. CHAE, ESQ.
Attorneys for Plaintiff DON LAU

DATED: 5/9/13

UNIVERSAL, SHANNON, & WHEELER LLP

By _____
JON D. UNIVERSAL, ESQ
Attorneys for Defendant MERCEDES-BENZ USA, LLC

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

5/10/2013
Trial shall be the week of November 4, 2013. Pretrial Conference October 24, 2013 at 10:00 a.m., Courtroom B, 15th Floor.

STIPULATION OF THE PARTIES SEEKING A CONTINUANCE OF TRIAL

2