UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DON LAU, | No. C 11-01940 MEJ |
| Plaintiff, | **ORDER FOLLOWING PRETRIAL CONFERENCE** |
| v. | |
| MERCEDES-BENZ USA LLC, | |
| Defendant. | |

On October 24, 2013, the Court held a pretrial conference in this matter. The Court now **ORDERS** as follows.

The parties shall file pretrial documents outlined in paragraph K of the Court's Case Management Order (Dkt. No. 14), including an updated joint pretrial statement, by **October 29, 2013**.

The Court sets this matter for a final pretrial conference at 10:00 a.m. on **November 1, 2013**.

**IT IS SO ORDERED.**

Dated: October 24, 2013

_____
Maria-Elena James
United States Magistrate Judge