UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAU,<br><br>    Plaintiff(s),<br><br>v.<br><br>MERCEDES BENZ USA, LLC, et al.,<br><br>    Defendant(s). | No. C11-1940 MEJ<br><br>**ORDER REFERRING CASE TO SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that this case is referred to a random Magistrate Judge to conduct a settlement conference prior to January 1, 2014. The parties shall be notified by chambers of the assigned Magistrate Judge of the time and place of the Settlement Conference.

Dated: October 29, 2013

_____
Maria-Elena James
United States Magistrate Judge

1