UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DON LAU,<br><br>               Plaintiff,<br>   v.<br>MERCEDES-BENZ USA LLC,<br><br>               Defendant.<br>_____/ | No. C 11-01940 MEJ<br><br>**ORDER CONTINUING JURY TRIAL** |

This matter is set for jury trial starting November 4, 2013. On October 29, 2013, Defense counsel informed the Court that because of a delay in a trial he is trying in state court due to court closure, he will be unavailable to begin trial in this matter on November 4th. Defendant therefore requests a continuance of the trial in this matter. Although this matter was initially set for trial nearly a year ago, the Court finds that Defendant has shown good cause for continuation of the trial date. The Court **HEREBY ORDERS** as follows:

1. The October 29, 2013 deadline for the parties' pre-trial filings **remains unchanged**.
2. The Final Pretrial Conference set for November 1, 2013 is **VACATED**.
3. The Court **SETS** this matter for jury trial beginning on January 13, 2014.
4. The Court **SETS** a Final Pre-trial Conference for January 9, 2013, at 10:00 a.m. The parties shall file an updated pretrial conference statement no later than January 2, 2013.
5. By separate order, the Court refers this matter for a settlement conference.

**IT IS SO ORDERED.**

Dated: October 29, 2013

                                                _____
                                                Maria-Elena James
                                                United States Magistrate Judge