UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DON LAU, | No. C 11-01940 MEJ |
| Plaintiff, | **ORDER RE JANUARY TRIAL DATE** |
| v. | |
| MERCEDES-BENZ USA LLC, | |
| Defendant. | |

This case is set for jury trial on January 13, 2014. Dkt. No. 93. Because of a calendaring conflict, the trial date before the undersigned will likely be continued. However, to avoid further delay, the case may be transferred to the Honorable Donna M. Ryu and set for trial beginning on February 10, 2014. Accordingly, the Court **ORDERS** the parties to file a joint statement no later than Wednesday, November 13, 2013, advising the Court whether each side consents to the transfer to Judge Ryu for trial.

**IT IS SO ORDERED.**

Dated: November 6, 2013

_____
Maria-Elena James
United States Magistrate Judge