UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DON LAU,<br><br>           Plaintiff,<br>   v.<br><br>MERCEDES-BENZ USA LLC,<br><br>           Defendant.<br>_____/ | No. C 11-01940 MEJ<br><br>**ORDER FOR REASSIGNMENT OF CASE** |

This matter is set for trial before the Court on January 13, 2014. However, because of a calendar conflict, the trial date must be vacated. On November 6, 2013, the Court advised the parties that, upon their consent, the case may be transferred to the Honorable Donna M. Ryu, and set for trial on February 10, 2014. Dkt. No. 97. On November 13, 2013, the parties filed a joint statement indicating that they consented to the reassignment for trial. Dkt. No. 98.

Accordingly, the Court **HEREBY ORDERS** that this action shall be reassigned to Judge Ryu. All further dates before this Court are **VACATED**. The settlement conference set for December 13, 2013, before the Honorable Jacqueline Scott Corley (Dkt. No. 96) remains in place.

**IT IS SO ORDERED.**

Dated: November 14, 2013

_____
Maria-Elena James
United States Magistrate Judge