1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DON LAU,

                Plaintiff,

     v.

MERCEDES-BENZ USA LLC,

                Defendant.

Case No.: 11-01940 DMR

**ORDER RE SUBMISSION OF TRIAL
EXHIBITS**

      In their recently-filed trial exhibit lists, Plaintiff listed 59 exhibits and Defendant listed
one, which was attached to its expert witness qualifications submission.   [Docket Nos. 102,
104.]  Plaintiff has not yet submitted his exhibits to the trial judge.  By no later than **12:00
p.m. on Tuesday, January 21, 2014**, Plaintiff shall deliver two sets of all premarked exhibits
to chambers.  Each exhibit must be tagged, three-hole-punched, separated with a label divider
identifying the exhibit number, and placed in 3-ring binders.  Spine labels should indicate the
numbers of the exhibits that are in the binders.  One of the sets of premarked exhibits shall
also be tagged.  The exhibit tags shall be in the following form:

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**TRIAL EXHIBIT 100**

Case No. _____

Date Entered _____

By_____

Deputy Clerk

Counsel preferably should make the tag up in a color that will stand out (yet still allow for photocopying), but that is not essential.  The tag shall be placed on or near the lower right-hand corner or, if a photograph, on the back.  Counsel should fill in the tag but leave the last two spaces blank.

**IT IS SO ORDERED.**

Dated: January 16, 2014



_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE