UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON LAU,

    Plaintiff,

v.

MERCEDES-BENZ USA LLC,

    Defendant.
_____/

No. C-11-01940 DMR

**ORDER RE OPPOSITIONS TO DEFENDANT'S MOTIONS IN LIMINE**

On January 27, 2014, Plaintiff filed a brief supporting his motion in limine to restrict the testimony of Defendant's expert, James Becker, regarding the value of the vehicle at issue. [Docket No. 114.] On January 29, 2014, Defendant filed an opposition in which it also moved to exclude Plaintiff's expert, Dan Calef, from testifying about the vehicle's value, and filed two additional motions in limine. [Docket Nos. 115 (Def.'s Opp'n and First MIL), 117 (Def.'s MIL Re Witnesses), 119 (Def.'s MIL Re Expert's Additional Inspection).] The court notes that Defendant's motion in limine to preclude Plaintiff from calling four defense witnesses as part of his case appears moot based on Plaintiff's February 3, 2014 Notice of Trial Witnesses. [Docket No. 121.] However, **by no later than February 5, 2014,** Plaintiff shall file any opposition(s) and/or statement(s) of non-opposition to each of Defendant's motions in limine.

IT IS SO ORDERED.

Dated: February 4, 2014

    DONNA M. RYU
    United States Magistrate Judge