**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11   DON LAU,                                         No. C-11-01940 DMR

12            Plaintiff,                              **ORDER TO SUBMIT JURY**
                                                      **INSTRUCTIONS AND VERDICT**
13       v.                                           **FORMS BY EMAIL**

14   MERCEDES-BENZ USA LLC,

15            Defendant.
     _____/
16

17          On December 2, 2013, the court issued the Case Management and Pretrial Order in which it

18   ordered the parties to email copies of all proposed jury instructions, motions in limine, forms of

19   verdict, and trial briefs in a standard word processing format to the court's proposed order mailbox.

20   [Docket No. 101 § 4.]  The parties have not done so.  By no later than **February 6, 2014**, the parties

21   shall email copies of all proposed jury instructions and forms of verdict only in a standard word

22   processing format (not .pdf format) to dmrpo@cand.uscourts.gov.

23

24          IT IS SO ORDERED.

25

26   Dated:  February 4, 2014

27                                         _____
                                           DONNA M. RYU
28                                         United States Magistrate Judge