United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DON LAU,

          Plaintiff,

    v.

MERCEDES-BENZ USA, LLC,

          Defendant.

No. C-11-01940 DMR

**[PROPOSED] FINAL JURY INSTRUCTIONS**

Dated:  February 12, 2014

_____

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

# DUTY OF JURY

Members of the Jury: Now that you have heard all of the evidence and the arguments of the attorneys, it is my duty to instruct you as to the law of the case.  A copy of these instructions will be sent with you to the jury room when you deliberate.

You must not infer from these instructions or from anything I may say or do as indicating that I have an opinion regarding the evidence or what your verdict should be.

It is your duty to find the facts from all the evidence in the case.  To those facts you will apply the law as I give it to you.  You must follow the law as I give it to you whether you agree with it or not.  And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy.  That means that you must decide the case solely on the evidence before you.  You will recall that you took an oath to do so.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all important.

United States District Court
Northern District of California

United States District Court
Northern District of California

**CLAIMS AND DEFENSES**

To help you follow the evidence, I will give you a brief summary of the positions of the parties:

This case involves Plaintiff Don Lau's purchase of a 2007 Mercedes-Benz SL55 AMG from a Mercedes-Benz dealer, Mercedes-Benz of Walnut Creek.  Defendant Mercedes-Benz USA, LLC was the distributor of the car and provided an express written limited warranty for the car.

Plaintiff alleges that the car's SRS system exhibited defects or non-conformities that substantially impaired the use, value or safety of the car to him which were not repaired after a reasonable number of repair attempts.  As a result, Plaintiff seeks a repurchase of his car in accordance with the Song-Beverly Consumer Warranty Act.

Defendant Mercedes-Benz USA, LLC denies all of the allegations.

## BURDEN OF PROOF-PREPONDERANCE OF THE EVIDENCE

When a party has the burden of proof on any claim or affirmative defense by a preponderance of the evidence, it means you must be persuaded by the evidence that the claim or affirmative defense is more probably true than not true.

You should base your decision on all of the evidence, regardless of which party presented it.

United States District Court
Northern District of California

# WHAT IS EVIDENCE

The evidence from which you are to decide what the facts are consists of:

(1) the sworn testimony of any witness;

(2) the exhibits which are received into evidence; and

(3) any facts to which the lawyers have agreed.

United States District Court
Northern District of California

# WHAT IS NOT EVIDENCE

In reaching your verdict, you may consider only the testimony and exhibits received into evidence.  Certain things are not evidence, and you may not consider them in deciding what the facts are.  I will list them for you:

(1) Arguments and statements by lawyers are not evidence.  The lawyers are not witnesses.  What they have said in their opening statements, closing arguments, and at other times is intended to help you interpret the evidence, but it is not evidence.  If the facts as you remember them differ from the way the lawyers have stated them, your memory of them controls.

(2) Questions and objections by lawyers are not evidence.  Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence.  You should not be influenced by the objection or by the court's ruling on it.

(3) Testimony that has been excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered.  In addition sometimes testimony and exhibits are received only for a limited purpose; when I give a limiting instruction, you must follow it.

(4) Anything you may have seen or heard when the court was not in session is not evidence.  You are to decide the case solely on the evidence received at the trial.

United States District Court
Northern District of California

1

2

## DIRECT AND CIRCUMSTANTIAL EVIDENCE

3       Evidence may be direct or circumstantial.  Direct evidence is direct proof of a fact,

4  such as testimony by a witness about what the witness personally saw or heard or did.

5  Circumstantial evidence is proof of one or more facts from which you could find another fact.

6  You should consider both kinds of evidence.  The law makes no distinction between the

7  weight to be given to either direct or circumstantial evidence.   It is for you to decide how

8  much weight to give to any evidence.

9

10       By way of example, if you wake up in the morning and see that the sidewalk is wet,

11  you may find from that fact that it rained during the night.  However, other evidence, such as a

12  turned on garden hose, may provide a different explanation for the presence of water on the

13  sidewalk.  Therefore, before you decide that a fact has been proved by circumstantial

14  evidence, you must consider all the evidence in the light of reason, experience, and common

15  sense.

16

17

18

19

20

21

22

23

24

25

26

27

28

7

**RULING ON OBJECTIONS**

There are rules of evidence that control what can be received into evidence.  When a lawyer asks a question or offers an exhibit into evidence and a lawyer on the other side thinks that it is not permitted by the rules of evidence, that lawyer may object.  If I overruled the objection, the question could be answered or the exhibit received.  If I sustained the objection, the question could not be answered, and the exhibit could not be received.  Whenever I sustained an objection to a question, you must ignore the question and must not guess what the answer might have been.

Sometimes I ordered that evidence be stricken from the record and that you disregard or ignore the evidence.  That means that when you are deciding the case, you must not consider the evidence that I told you to disregard.

# CREDIBILITY OF WITNESSES

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe.  You may believe everything a witness says, or part of it, or none of it.  Proof of a fact does not necessarily depend on the number of witnesses who testify about it.

In considering the testimony of any witness, you may take into account:

(1) the opportunity and ability of the witness to see or hear or know the things testified to;

(2) the witness's memory;

(3) the witness's manner while testifying;

(4) the witness's interest in the outcome of the case and any bias or prejudice;

(5) whether other evidence contradicted the witness's testimony;

(6) the reasonableness of the witness's testimony in light of all the evidence; and

(7) any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify.

1

2

## TAKING NOTES

3        You were permitted to take notes to help you remember the evidence.  If you did take

4    notes, please keep them to yourself until you and your fellow jurors go to the jury room to

5    decide the case.  When you leave, your notes should be left in the jury room.  No one will read

6    your notes.  They will be destroyed at the conclusion of the case.

7

8        Whether or not you took notes, you should rely on your own memory of the evidence.

9    Notes are only to assist your memory.  You should not be overly influenced by your notes or

10   those of your fellow jurors.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# EXPERT OPINION

Some witnesses, because of education or experience, are permitted to state opinions and the reasons for those opinions.

Opinion testimony should be judged just like any other testimony.  You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness's education and experience, the reasons given for the opinion, and all the other evidence in the case.

United States District Court
Northern District of California

1

2

## CORPORATIONS AND PARTNERSHIPS-FAIR TREATMENT

3

4

    All parties are equal before the law and a limited liability company is entitled to the
same fair and conscientious consideration by you as any party.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

## PARTY HAVING POWER TO PRODUCE BETTER EVIDENCE

You may consider the ability of each party to provide evidence.  If a party provided weaker evidence when it could have provided stronger evidence, you may distrust the weaker evidence.

United States District Court
Northern District of California

1

2

## FAILURE TO EXPLAIN OR DENY EVIDENCE

3

4

You may consider whether a party failed to explain or deny some unfavorable evidence.  Failure to explain or to deny unfavorable evidence may suggest that the evidence is true.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

## STIPULATIONS OF FACT

The parties have agreed to certain facts.  They are as follows:

1.    Plaintiff purchased the subject 2007 Mercedes Benz SL 55 AMG; VIN: WDBSK72F37F118613, on November 15, 2007 from Mercedes-Benz of Walnut Creek.

2.    The subject 2007 Mercedes Benz SL 55 AMG; VIN: WDBSK72F37F118613, was covered by Defendant's New Vehicle Limited Warranty.

3.    Mercedes-Benz of Walnut Creek is Defendant's authorized repair facility.

4.    Fletcher Jones Motorcars of Fremont is Defendant's authorized repair facility.

5.    Plaintiff drove the vehicle 117 miles between the time the car was delivered upon purchase to the time he first presented the car to a Mercedes-Benz authorized repair facility for repair.

You should therefore treat these facts as having been proved.

**FAILURE TO PROMPTLY REPURCHASE OR REPLACE NEW MOTOR VEHICLE AFTER REASONABLE NUMBER OF REPAIR OPPORTUNITIES- ESSENTIAL FACTUAL ELEMENTS**

Don Lau claims that Mercedes-Benz USA, LLC ("Mercedes-Benz") failed to promptly repurchase or replace his 2007 Mercedes Benz SL 55 vehicle after a reasonable number of repair opportunities.  To establish this claim, Mr. Lau must prove all of the following:

1.  That Mr. Lau purchased a 2007 Mercedes Benz SL 55 distributed by Mercedes-Benz;

2.  That Mercedes-Benz gave Mr. Lau a written warranty;

3.  That the vehicle was a "new motor vehicle";

4.  That the vehicle had a defect covered by the warranty that substantially impaired its use, value, or safety to a reasonable person in Mr. Lau's situation;

5.  That Mr. Lau delivered the vehicle to Mercedes-Benz or its authorized repair facility for repair of the defects;

6.  That Mercedes-Benz or its authorized repair facility failed to repair the vehicle to match the written warranty after a reasonable number of opportunities to do so; and

7.  That Mercedes-Benz did not promptly replace or buy back the vehicle.

It is not necessary for Mr. Lau to prove the cause of a defect in his 2007 Mercedes Benz SL 55 vehicle.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**"NEW MOTOR VEHICLE" DEFINED**

In order for Don Lau to prevail under his claim pursuant to the California Song-Beverly Consumer Warranty Act, he must first establish that his 2007 Mercedes Benz SL 55 qualified as a "new motor vehicle" under said Act.

For purposes of this case, under said Act a "new motor vehicle" means a new motor vehicle that is bought or used primarily for personal, family or household purposes.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

Northern District of California

## "REPAIR OPPORTUNITIES" EXPLAINED

Each time the 2007 Mercedes Benz SL 55 was given to Mercedes-Benz USA, LLC ("Mercedes-Benz") or its authorized repair facility for repair counts as an opportunity to repair, even if they did not do any repair work.

In determining whether Mercedes-Benz had a reasonable number of opportunities to fix the alleged defect in the SRS system in the 2007 Mercedes Benz SL 55, you should consider all the circumstances surrounding each repair visit.  Mercedes-Benz or its authorized repair facility must have been given at least two opportunities to fix the 2007 Mercedes Benz SL 55.

## "SUBSTANTIALLY IMPAIRED" EXPLAINED

In deciding whether a reasonable person would believe that the vehicle's defects, if any, substantially impaired the vehicle's use, value, or safety, you may consider, among other factors, the following:

a)   The nature of the defect;

b)   The cost and length of time required for repair;

c)   Whether past repair attempts have been successful;

d)   The degree to which the vehicle could be used while awaiting repair; and

e)   The availability and cost of comparable transportation during the repairs.

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AFFIRMATIVE DEFENSE-UNAUTHORIZED OR UNREASONABLE USE**

Mercedes-Benz USA, LLC ("Mercedes-Benz") is not responsible for any harm to Don Lau if Mercedes-Benz proves that any defects in the 2007 Mercedes Benz SL 55's SRS system were caused by unauthorized or unreasonable use of the 2007 Mercedes Benz SL 55 after it was sold.

United States District Court
Northern District of California

**CONTINUED REASONABLE USE PERMITTED**

      The fact that Don Lau continued to use the 2007 Mercedes Benz SL 55 after delivering it for repair does not waive his right to demand replacement or reimbursement.  Nor does it reduce the amount of damages that you should award to Don Lau if you find that he has proved his claim against Mercedes-Benz USA, LLC.

**RESTITUTION FROM MANUFACTURER-NEW MOTOR VEHICLE**

If you decide that Mercedes-Benz USA, LLC ("Mercedes-Benz") or its authorized repair facility failed to repair the defects after a reasonable number of opportunities, then Don Lau is entitled to recover the amounts he proves he paid for the car, including:

1.     The amount paid to date for the vehicle, including finance charges;

2.     Charges for transportation and manufacturer-installed options; and

3.     Sales tax, license fees, registration fees, and other official fees.

In determining the purchase price, do not include any charges for items supplied by someone other than Mercedes-Benz.

Don Lau's recovery must be reduced by the value of the use of the vehicle before it was brought in for repair.  The parties agree that the value of the use of the vehicle before it was brought in for repair is $119.17.

United States District Court
Northern District of California

1

2

## INCIDENTAL DAMAGES

3      Don Lau also claims additional reasonable expenses for incidental damages according

4  to proof at trial.

5

6      To recover these expenses, Don Lau must prove all of the following:

7

8      1.      That the expense was actually charged;

9

10     2.      That the expense was reasonable; and

11

12     3.      That Mercedes-Benz USA, LLC's failure to repurchase or replace the 2007

13  Mercedes Benz SL 55 was a substantial factor in causing the expense.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1

2

**CIVIL PENALTY-WILLFUL VIOLATION**

3

4      Don Lau claims that Mercedes-Benz USA, LLC's ("Mercedes-Benz") failure to

5   repurchase Don Lau's vehicle was willful and therefore asks that you impose a civil penalty

6   against Mercedes-Benz.  A civil penalty is an award of money in addition to plaintiff's

7   damages.  The purpose of this civil penalty is to punish a defendant or discourage it from

8   committing such violations in the future.

9      If Don Lau has proved that Mercedes-Benz's failure was willful, you may impose a

10   civil penalty against it.  "Willful" means that Mercedes-Benz knew what it was doing and

11   intended to do it.  However, you may not impose a civil penalty if you find that Mercedes-

12   Benz believed reasonably and in good faith that it was not obligated to repurchase the vehicle.

13

14      The penalty may be in any amount you find appropriate, up to a maximum of two times

15   the amount of Don Lau's actual damages.

16

17

18

19

20

21

22

23

24

25

26

27

28

**JURORS NOT TO CONSIDER ATTORNEY FEES AND COURT COSTS**

You must not consider, or include as part of any award, attorney fees or expenses that the parties incurred in bringing or defending this lawsuit.

# DUTY TO DELIBERATE

When you begin your deliberations, you should elect one member of the jury as your presiding juror. That person will preside over the deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreement if you can do so. Your verdict must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all of the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

Do not hesitate to change your opinion if the discussion persuades you that you should. Do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.

**COMMUNICATION WITH COURT**

If it becomes necessary during your deliberations to communicate with me, you may send a note through the marshal, signed by your presiding juror or by one or more members of the jury. No member of the jury should ever attempt to communicate with me except by a signed writing; I will communicate with any member of the jury on anything concerning the case only in writing, or here in open court. If you send out a question, I will consult with the parties before answering it, which may take some time. You may continue your deliberations while waiting for the answer to any question. Remember that you are not to tell anyone— including me—how the jury stands, numerically or otherwise, until after you have reached a unanimous verdict or have been discharged. Do not disclose any vote count in any note to the court.

**RETURN OF VERDICT**

A verdict form has been prepared for you.  I will give you verdict form with questions you must answer.  I have already instructed you on the law that you are to use in answering these questions.  You must follow my instructions and the form carefully.  You must consider each question separately.  Although you may discuss the evidence and the issues to be decided in any order, you must answer the questions on the verdict form in the order they appear. After you have reached unanimous agreement on a verdict, your presiding juror will fill in the form that has been given to you, sign and date it, and advise the court that you are ready to return to the courtroom.

United States District Court
Northern District of California