IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DON LAU,

        Plaintiff,

  v.

MERCEDES-BENZ USA, LLC,

        Defendant.

No. C-11-01940 DMR

**[PROPOSED] VERDICT FORM**

**(1)**     **Did DON LAU purchase a 2007 Mercedes Benz SL 55 manufactured by or distributed by MERCEDES-BENZ USA, LLC?**

          \_\_\_ **Yes**           \_\_\_ **No**

If your answer to question 1 is yes, then answer question 2.

If you answered no, stop here, answer no further questions and have the presiding juror sign and date this form.

**(2)**     **Did MERCEDES-BENZ USA, LLC give DON LAU a written warranty?**

          \_\_\_ **Yes**           \_\_\_ **No**

If your answer to question 2 is yes, then answer question 3.

If you answered no, stop here, answer no further questions and have the presiding juror sign and date this form.

**(3) Did the vehicle qualify as a "new motor vehicle" as defined by the Song-Beverly Consumer Warranty Act?**

        \_\_\_ Yes         \_\_\_ No

If your answer to question 3 is yes, then answer question 4.

If you answered no, stop here, answer no further questions and have the presiding juror sign and date this form.

**(4) Did the vehicle have a defect in the SRS system covered by the warranty that substantially impaired the vehicle's use, value or safety to a reasonable buyer in DON LAU's situation?**

        \_\_\_ Yes         \_\_\_ No

If your answer to question 4 is yes, then answer question 5.

If you answered no, stop here, answer no further questions and have the presiding juror sign and date this form.

**(5) Was the defect in the 2007 Mercedes Benz SL 55's SRS system caused by unauthorized or unreasonable use of the vehicle following its sale?**

        \_\_\_ Yes         \_\_\_ No

If your answer to question 5 is no, then answer question 6.

If you answered yes, stop here, answer no further questions and have the presiding juror sign and date this form.

//
//
//

**(6) Did MERCEDES-BENZ USA, LLC or its authorized repair facility fail to repair the vehicle to match the written warranty after a reasonable number of opportunities to do so?**

            ___ Yes          ___ No

If your answer to question 6 is yes, then answer question 7.

If you answered no, stop here, answer no further questions and have the presiding juror sign and date this form.

**(7) Did MERCEDES-BENZ USA, LLC fail to promptly replace or repurchase the vehicle?**

            ___ Yes          ___ No

If your answer to question 7 is yes, then answer question 8.

If you answered no, stop here, answer no further questions and have the presiding juror sign and date this form.

**(8) What are DON LAU's damages?  Calculate as follows:**

**Add the following amounts:**

| | | |
|---|---|---|
| **a.** | **The purchase price of the vehicle itself:** | $_____ |
| **b.** | **Sales tax, license fees, registration fees, and other official fees:** | $_____ |
| **c.** | **Incidental damages:** | $_____ |
| | **SUBTOTAL (line a-c):** | $_____ |

//

//

//

3

**The parties agree that DON LAU drove the vehicle 117 miles between the time the car was delivered upon purchase to the time he first presented the car to a Mercedes-Benz authorized repair facility for repair.  Therefore, under the Song-Beverly Consumer Warranty Act, the value of the use of the vehicle before it was brought in/submitted for repair is $119.17.**

**VALUE OF USE:            $119.17**

Subtract the "VALUE OF USE" from the "SUBTOTAL" above and insert the result in the TOTAL DAMAGES below:

TOTAL DAMAGES:     $_____

After you have completed question 8, then answer question 9.

**(9)     Did MERCEDES-BENZ USA, LLC willfully fail to repurchase or replace the vehicle?**

                    ___ Yes          ___ No

If your answer to question 9 is yes, then answer question 10.

If you answered no, stop here, answer no further questions and have the presiding juror sign and date this form.

**(10)    What amount, if any, do you impose as a civil penalty?  You may not exceed two times the "TOTAL DAMAGES" that you entered in Question (8) above.**

                CIVIL PENALTY: $_____

//
//

//

**Dated:**_____      _____

                                                              **PRESIDING JUROR**

**After the verdict form has been signed, this verdict form must be delivered to the Courtroom Attendant.**

**IT IS SO ORDERED.**

Dated:  February 12, 2014      _____
                                                  DONNA M. RYU
                                                  UNITED STATES MAGISTRATE JUDGE