UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON LAU,

        Plaintiff,

   v.

MERCEDES-BENZ USA LLC,

        Defendant.
_____/

No. C-11-01940 DMR

**ORDER RE PLAINTIFF'S MOTION TO TAX COSTS**

    On March 4, 2014, Defendant Mercedes Benz USA, LLC filed its Bill of Costs. [Docket No. 142.] On March 18, 2014, Plaintiff filed a "Motion to Tax Defendant's Bill of Costs" in which he seeks an order taxing costs at a lower amount than that claimed by Defendant in its Bill of Costs. Plaintiff noticed his motion for hearing on April 24, 2014. [Docket No. 145.] The court hereby construes Plaintiff's motion as his objections to the Bill of Costs pursuant to Civil Local Rule 54-2 and vacates the April 24, 2014 hearing on the motion. The Clerk of the Court shall determine any allowable costs in this matter pursuant to Civil Local Rule 54-4. Once the Clerk makes that determination, either party may challenge the Clerk's taxation of costs by filing a motion in accordance with Federal Rule of Civil Procedure 54(d)(1).

    IT IS SO ORDERED.

Dated: March 19, 2014

DONNA M. RYU
United States Magistrate Judge